# EXHIBIT A

## MICHAEL MOYNIHAN

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Interscope Records | Limp Bizkit | Re-Arranged | Significant Other | 279-827 |
| UMG Recordings, Inc. | EPMD | Da Joint | Back In Business | 242-277 |
| UMG Recordings, Inc. | LL Cool J | 4,3,2,1 | Phenomenon | 243-497 |
| UMG Recordings, Inc. | U2 | Drowning Man | War | 42-944 |
| Arista Records LLC | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-583 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Favorite Things | SCIENCE | 249-690 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |