Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Van Morrison - Crazy Love.MP3 | Van Morrison | 2,444KB | Audio | |
| defaultuser@KaZaA | 1.kpl | mary j. blige | 0KB | | |
| defaultuser@KaZaA | Can't fight the moonlight.mp3 | LeeAnn Rimes | 3,368KB | Audio | Can't F |
| defaultuser@KaZaA | Christmas - Marilyn Monroe - Santa Baby.mp3 | Marilyn Monroe | 754KB | Audio | |
| defaultuser@KaZaA | .kpl | Unknown | 0KB | | |
| defaultuser@KaZaA | Coyote Ugly-Leann Rymes-The Right Kind of Wrong.mp3 | LeeAnn Rimes | 3,556KB | Audio | The R |
| defaultuser@KaZaA | Christmas - Marilyn Monroe - Santa Baby (1).mp3 | Marilyn Monroe | 3,086KB | Audio | Chri |
| defaultuser@KaZaA | faith hill the way you love me breathe.mp3 | Faith Hill | 1,203KB | Audio | th |
| defaultuser@KaZaA | Songs For Kids - Rockin' Around The Christmas Tree.mp3 | 3 | 1,068KB | Audio | Rockin' Around |
| defaultuser@KaZaA | 504 Boyz - Wobble Woble.mp3 | 504 boys | 3,446KB | Audio | |
| defaultuser@KaZaA | Weezer - Why Bother.mp3 | Weezer | 2,007KB | Audio | |
| defaultuser@KaZaA | Weezer - Tired of Sex.mp3 | Weezer | 2,837KB | Audio | |
| defaultuser@KaZaA | Weezer - Holiday In The Sun.mp3 | Weezer | 3,316KB | Audio | |
| defaultuser@KaZaA | Just Want It To Be Over - Keyshia Cole.mp3 | Keyshia Cole | 5,679KB | Audio | Just Want It To Be C |
| defaultuser@KaZaA | 05-U2-Drowning Man.mp3 | U2 | 3,969KB | Audio | |
| defaultuser@KaZaA | Live - Lighting crash.MP3 | Live | 5,073KB | Audio | |
| defaultuser@KaZaA | Stranded.mp3 | Van Morrison | 8,130KB | Audio | |
| defaultuser@KaZaA | 01-r_kelly-thoia_thoing-(new_track)-sc (2).mp3 | R Kelly | 5,232KB | Audio | |
| defaultuser@KaZaA | Ben Folds Five - Brick.mp3 | Ben Folds Five | 4,423KB | Audio | |
| defaultuser@KaZaA | 02 - Track 2.mp3 | Nickelback | 4,903KB | Audio | S |
| defaultuser@KaZaA | 02-jay_z-45-wcr.mp3 | Jay Z | 3,485KB | Audio | |
| defaultuser@KaZaA | 03 - Beyonce - Baby Boy Feat Sean Paul.mp3 | Beyonce | 5,740KB | Audio | Bat |
| defaultuser@KaZaA | 03 - I've Got The World on A String.mp3 | Frank Sinatra | 2,119KB | Audio | I've Got The |
| defaultuser@KaZaA | 03 Shadow.wma | Ashlee Simpson | 3,767KB | Audio | |
| defaultuser@KaZaA | 03-g-unit-my_buddy-rns.mp3 | G-Unit | 5,266KB | Audio | |
| defaultuser@KaZaA | 04 - stronger.mp3 | Christina Aguilera | 2,003KB | Audio | |
| defaultuser@KaZaA | 04 All Falls Down.wma | Kayne West | 3,534KB | Audio | |
| defaultuser@KaZaA | 06 mary j. blige - no more drama.mp3 | Mary J Blige | 4,521KB | Audio | |
| defaultuser@KaZaA | 06 Track 6.wma | Jay z | 1,940KB | Audio | Brus |
| defaultuser@KaZaA | 09 Unreachable.mp3 | Ashlee Simpson | 6,543KB | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,380,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | 06 Track 6.wma | Jay z | 1,940KB | Audio | Brus |
| defaultuser@KaZaA | 09 -Unreachable.mp3 | Ashlee Simpson | 6,543KB | Audio | |
| defaultuser@KaZaA | 10-g-unit-eye_for_eye-rns.mp3 | G-Unit | 5,517KB | Audio | |
| defaultuser@KaZaA | 10.mp3 | Beyoncé feat Jay-Z | 5,136KB | Audio | The |
| defaultuser@KaZaA | 112 - It's Over Now.mp3 | 112 | 3,825KB | Audio | |
| defaultuser@KaZaA | 12 - Sunshine.mp3 | Lil' Flip | 2,648KB | Audio | |
| defaultuser@KaZaA | 12-unknown-I was made for you.mp3 | Ashlee Simpson | 2,801KB | Audio | 12-unknown- |
| defaultuser@KaZaA | 17-slow motion (ft.mp3 | Juveline | 3,881KB | Audio | |
| defaultuser@KaZaA | 17. Chic - Everybody Dance.mp3 | Chic | 3,305KB | Audio | |
| defaultuser@KaZaA | 26 Change Clothes ft Pharrell.wma | Jay-Z f. Pharell | 2,085KB | Audio | |
| defaultuser@KaZaA | 2gether - Your The Only One Thats Real.mp3 | 2gether | 3,013KB | Audio | Your The O |
| defaultuser@KaZaA | 5.JAZZY BELLE.mp3 | 'OUTKAST' | 4,918KB | Audio | |
| defaultuser@KaZaA | 50 Cent - Give it to me Remix.mp3 | 50 cent | 5,836KB | Audio | |
| defaultuser@KaZaA | 504 Boys ft Mercedes - I Can Tell U Wanna.mp3 | 504 boys | 3,375KB | Audio | |
| defaultuser@KaZaA | 80's slow love songs - I'll Stand By You.mp3 | Pretenders, The | 4,268KB | Audio | |
| defaultuser@KaZaA | 90's Hot Street_Salsa Remix.mp3 | Marc Anthony | 1,947KB | Audio | Hot St |
| defaultuser@KaZaA | Akon - Locked up.mp3 | Akon | 4,631KB | Audio | |
| defaultuser@KaZaA | Allman Brothers Band - Eat a Peach.mp3 | Alman Brothers Band | 3,486KB | Audio | |
| defaultuser@KaZaA | Allure feat 50 cents - Let it Be.mp3 | Allure feat 50 cents | 3,260KB | Audio | |
| defaultuser@KaZaA | Amber - Sexual (Li Da Di) Remix (1).mp3 | Amber | 3,533KB | Audio | Sexu |
| defaultuser@KaZaA | Ashlee Simpson - Shadow [Album Version] (2).wma | Ashlee Simpson | 3,763KB | Audio | Ashlee Simpson - Shad |
| defaultuser@KaZaA | Ashlee Simpson-Lala.wma | Ashlee Simpson | 5,281KB | Audio | |
| defaultuser@KaZaA | Audioslave - 10 - Hypnotize.mp3 | Ashlee Simpson | 8,072KB | Audio | Audiosla |
| defaultuser@KaZaA | avril lavigne - don't tell me (5).wma | Unknown | 3,358KB | Audio | avril lavigne |
| defaultuser@KaZaA | BaBy I LoVe YoU.mp3 | J Lo fT. R KeLLy | 3,504KB | Audio | |
| defaultuser@KaZaA | Beatles - Nowhere Man.mp3 | Beatles | 2,530KB | Audio | |
| defaultuser@KaZaA | Beatles - Yellow Submarine.mp3 | Beatles | 2,460KB | Audio | |
| defaultuser@KaZaA | Beth Hart - Leaving LA.mp3 | Beth Hart | 3,649KB | Audio | |
| defaultuser@KaZaA | BEYONCE -- Me Myself And I.mp3 | Beyonce | 3,795KB | Audio | BEYONCE |
| defaultuser@KaZaA | Black Crowes - Remedy (1).mp3 | Black Crowes | 4,[illegible]KB | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | BEYONCE -- Me Myself And I.mp3 | Beyonce | 3,795KB | Audio | BEYONCE |
| defaultuser@KaZaA | Black Crows - Remedy (1).mp3 | Black Crowes | 4,897KB | Audio | |
| defaultuser@KaZaA | Bob Marley - Redemtion Song.mp3 | Bob Marley | 3,548KB | Audio | |
| defaultuser@KaZaA | Bob Marley and the Wailers - Iron Lion Zion.mp3 | Iron Lion Zion | 3,174KB | Audio | |
| defaultuser@KaZaA | Bob Marley ft. Gangstar.mp3 | Bob Marley | 3,064KB | Audio | Bob M |
| defaultuser@KaZaA | breakdance-the battle masterz crew.mp3 | DJ Break | 1,200KB | Audio | |
| defaultuser@KaZaA | Brenda Lee -Jingle Bell Rock.mp3 | Home Alone | 1,414KB | Audio | Rockin' Around The Christmas Tre |
| defaultuser@KaZaA | Britney Spears - Boys.mp3 | Brittney Spears | 2,034KB | Audio | |
| defaultuser@KaZaA | britney spears - itz - early morning.mp3 | Britney Spears | 3,543KB | Audio | In The Zone |
| defaultuser@KaZaA | Brittany Spears_Metallica - So Fucking Crazy.mp3 | Metallica/Britney Spears | 2,010KB | Audio | So Fuc |
| defaultuser@KaZaA | cant stop wont stop (remix) (1) (3).mp3 | Young Gunz Feat. Chingy | 4,104KB | Audio | Can |
| defaultuser@KaZaA | cassidy SPLIT PERSONALITY Get No Better-osc.mp3 | Cassidy | 7,591KB | Audio | |
| defaultuser@KaZaA | Chris Isaac - I Don't Want To Fall In Love.mp3 | Chris Isaac | 3,836KB | Audio | I Don't W |
| defaultuser@KaZaA | Christina Aguilera - The Voice Within.wma | Christina Aguilera | 2,409KB | Audio | |
| defaultuser@KaZaA | christmas-God Rest Ye Merry Gentlemen -Jars of Clay.mp3 | Mariah Carey | 1,233KB | Audio | God Rest Y |
| defaultuser@KaZaA | Christmas_Bing_Cosby_Here_comes_Santa_Claus.mp3 | Bing Crosby | 2,908KB | Audio | Here C |
| defaultuser@KaZaA | Come Together.mp3 | The Beatles | 4,040KB | Audio | |
| defaultuser@KaZaA | dangerously in love.kpl | Beyonce Knowles | 0KB | | |
| defaultuser@KaZaA | destiny's child - Say My cName.mp3 | Destiny's Child | 4,260KB | Audio | |
| defaultuser@KaZaA | Destiny's Child - Survivor.mp3 | Destinys Child | 3,876KB | Audio | |
| defaultuser@KaZaA | Destiny's Child and Wyclef Jean - No, No, No (Remix).mp3 | Destiny's Child | 3,274KB | Audio | |
| defaultuser@KaZaA | dip it low .mp3 | Christina Milian | 3,234KB | Audio | |
| defaultuser@KaZaA | DJ Break - Track 11.mp3 | DJ Break | 5,907KB | Audio | |
| defaultuser@KaZaA | DJ Skribble - Essential Spring Break 2001 - 12 - Warp Bros ... | DJ Skribble | 3,746KB | Audio | Essential |
| defaultuser@KaZaA | Eamon - Don't Want You Back (3).mp3 | Eamon | 3,570KB | Audio | Fuck It (I dc |
| defaultuser@KaZaA | En Vogue - Don't Let Go.mp3 | En Vogue | 10,912KB | Audio | En Vc |
| defaultuser@KaZaA | EPMD - Da Joint.mp3 | EPMD | 3,263KB | Audio | |
| defaultuser@KaZaA | EPMD-Back in Business-16-Never Seen Before (remix).mp3 | EPMD | 2,700KB | Audio | Never S |
| defaultuser@KaZaA | Erica Badu - On 'n' On.mp3 | Eryka Badu | 3,520KB | Audio | |

Found 443 files

2,388,029 users online, sharing 571,473,943 files (58,350,592 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Erica Badu - On 'n' On.mp3 | Eryka Badu | 3,520KB | Audio | |
| defaultuser@KaZaA | Eryka Badu - Call Tyrone.mp3 | Eryka Badu | 3,673KB | Audio | |
| defaultuser@KaZaA | erykah badu - Next Lifetime (Remixx).mp3 | Eryka Badu | 5,646KB | Audio | Nex |
| defaultuser@KaZaA | Evanesence - My Imortal.mp3 | Evanescence | 4,665KB | Audio | |
| defaultuser@KaZaA | Fabolous - Street Dreams-Just Dont Stop.mp3 | Fabolous | 5,544KB | Audio | |
| defaultuser@KaZaA | Frank Sanatra - Over Rainbow.mp3 | Frank Sinatra | 3,107KB | Audio | |
| defaultuser@KaZaA | Fuck You Right Back.mp3 | Frankee | 4,542KB | Audio | F |
| defaultuser@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio | Wann |
| defaultuser@KaZaA | G-Unit-STUNT[1].mp3 | G-Unit | 3,573KB | Audio | |
| defaultuser@KaZaA | Gangstar - Track 09.mp3 | Gangstarr feat. M.O.P. | 4,364KB | Audio | |
| defaultuser@KaZaA | Gangstar- Moment of Truth.mp3 | Gangstar | 2,924KB | Audio | |
| defaultuser@KaZaA | Gangstarr - Victory Is Mine.mp3 | Gangstar | 2,754KB | Audio | |
| defaultuser@KaZaA | H to the Izzo.mp3 | Jay-Z | 3,768KB | Audio | |
| defaultuser@KaZaA | Hip Hop- Beenie Man ft Mya- If I Could Be Your Girl- 4.mp3 | Beenie Man feat Mya | 4,027KB | Audio | If |
| defaultuser@KaZaA | HiphoP Remixes - Rap_R 'n' B Mix - Feb 11, 2003 01.54.5... | Hip Hop Remix | 10,620KB | Audio | Feb |
| defaultuser@KaZaA | hotel-split personality_cassidy.mp3 | Cassidy | 13,369KB | Audio | |
| defaultuser@KaZaA | I've Got That(Boom Boom) (1).mp3 | brittany spears | 4,592KB | Audio | I've Got Th |
| defaultuser@KaZaA | Inner Circle - Summer Jammin' (1).mp3 | Inner Circle | 3,825KB | Audio | |
| defaultuser@KaZaA | It Ain't Hard To Tell.mp3 | Nas | 3,952KB | Audio | |
| defaultuser@KaZaA | Ja Rule - Livin It Up.mp3 | Ja Rule | 3,702KB | Audio | |
| defaultuser@KaZaA | Janet Jackson - What about That(1).mp3 | Janet Jackson | 4,129KB | Audio | |
| defaultuser@KaZaA | Janet Jackson, Missy Elliot, Simon Carly - Son Of A Gun.mp3 | Janet, Missy Elliot, Carl... | 2,789KB | Audio | |
| defaultuser@KaZaA | Jarule - I C1ry.mp3 | Ja Rule | 7,435KB | Audio | |
| defaultuser@KaZaA | Jay Z - BluePrint - 04 - Girls, Girls, Girls.mp3 | Jay Z | 3,250KB | Audio | |
| defaultuser@KaZaA | jayz - justify my thug.mp3 | Jay-Z | 5,724KB | Audio | Justify My Th |
| defaultuser@KaZaA | jayz-hova-ms.mp3 | Jay-Z | 2,700KB | Audio | |
| defaultuser@KaZaA | Jennifer Lopez - I'm Gonna Be Alright.mp3 | Jennifer Lopez | 3,558KB | Audio | 12 - I |
| defaultuser@KaZaA | Jennifer Lopez - I'm Real (Remix).mp3 | Jennifer Lopez | 6,097KB | Audio | |
| defaultuser@KaZaA | Jennifer Lopez w JaRule - Im Real (Remix).mp3 | Jennifer Lopez | 4,067KB | Audio | |
| defaultuser@KaZaA | Jessica Simpson - Irresistible (Remix).mp3 | ? | [illegible] | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Jennifer Lopez w JaRule - Im Real (Remix).mp3 | Jennifer Lopez | 4,087KB | Audio | |
| defaultuser@KaZaA | Jessica Simpson - Irresistible (Remix).mp3 | 3 | 3,342KB | Audio | |
| defaultuser@KaZaA | JLo [feat JaRule] - Aint It Funny (Remix).mp3 | J Lo and Ja Rule | 3,626KB | Audio | JaRuleJl |
| defaultuser@KaZaA | John Lennon - Let It Be.mp3 | John Lennon | 2,263KB | Audio | |
| defaultuser@KaZaA | Justin Timberlake ft.50 cent-Cry Me A River (Remix).wma | 50 Cent | 2,458KB | Audio | Cry I |
| defaultuser@KaZaA | juvenile - slow motion (1).wma | Juveline | 2,453KB | Audio | juveni |
| defaultuser@KaZaA | Kayne West - New Work Out Plan.mp3 | Kanye West | 8,494KB | Audio | The |
| defaultuser@KaZaA | Kayne West - We Don't Dare.wma | Kayne West | 4,732KB | Audio | |
| defaultuser@KaZaA | KAYNE WEST- 06 SPACESHIP.mp3 | Kanye West | 7,645KB | Audio | Spaceship (F |
| defaultuser@KaZaA | Keith Murray - The Most Beautifullest Thing in this World.m... | Keith Murray | 3,522KB | Audio | The Most Beautifullest... |
| defaultuser@KaZaA | Kelis feat. Lala Rah Digga - Milkshake (remix).WAV | Kelis feat. Rah DiggaLala | 37,694KB | Audio | |
| defaultuser@KaZaA | kiss - i was made for loving you (3).mp3 | Ashlee Simpson | 3,698KB | Audio | kiss - i was mad |
| defaultuser@KaZaA | Limp_Bizkit-09-Rearranged.mp3 | Limp Bizkit | 6,932KB | Audio | |
| defaultuser@KaZaA | Mariah Carey Mase Puff Daddy - Honey (Remix).mp3 | Mariah Carey | 3,434KB | Audio | |
| defaultuser@KaZaA | mary j blige ft jarule - rainy dayz.mp3 | Mary J Blige ft. Ja Rule | 4,320KB | Audio | |
| defaultuser@KaZaA | mary j. blige-love and life-all my love.mp3 | mary j. blige | 5,525KB | Audio | |
| defaultuser@KaZaA | Mase- Welcome Back .mp3 | Mase | 4,151KB | Audio | Me |
| defaultuser@KaZaA | MC LyteMissy Elliot - I Rock The Party (1).mp3 | MC Lyte_Missy Elliot | 4,950KB | Audio | |
| defaultuser@KaZaA | Method Man, Keith Murray, Red Man - Rappers Delight.mp3 | Method Man, Keith Murra... | 1,294KB | Audio | |
| defaultuser@KaZaA | Mobb Deep - Hey Luv feat 112.mp3 | Mobb Deep feat. 112 | 4,372KB | Audio | |
| defaultuser@KaZaA | Mokenstef - He's Mine.mp3 | Mokenstef | 3,987KB | Audio | |
| defaultuser@KaZaA | Movie Quotes - Meet the Parents - Gaylord Focker.mp3 | 3 | 531KB | Audio | |
| defaultuser@KaZaA | Mya Jay-Z - Best Of Me 2.mp3 | Mya f. Jay Z | 3,670KB | Audio | |
| defaultuser@KaZaA | mya - wo remix.mp3 | Mya | 5,495KB | Audio | |
| defaultuser@KaZaA | Nas - One Mic (Styles remix).mp3 | Nas | 4,234KB | Audio | One |
| defaultuser@KaZaA | Naughty girl.kpl | Beyonce feat Jay-Z | 0KB | | |
| defaultuser@KaZaA | New Artist - Track 06.mp3 | Cheer Mix | 1,264KB | Audio | Intermediate-B |
| defaultuser@KaZaA | New Edition - I'm Still In Love With You.mp3 | New Edition | 4,265KB | Audio | I'm St |
| defaultuser@KaZaA | notorious big - rap 10 Crack Commandments.mp3 | Notorious BIG | 3,195KB | Audio | rap 10 Cra |
| defaultuser@KaZaA | Notorious BIG - Best Of Biggie - 09 - Kick In Da Door.mp3 | The Notorious BIG | [illegible] | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| defaultuser@KaZaA | notorious big - rap 10 Crack Commandments.mp3 | Notorious BIG | 3,195KB | Audio |
| defaultuser@KaZaA | Notorious BIG_Best Of Biggie_23_Kick In Da Door.mp3 | The Notorious BIG | 3,150KB | Audio |
| defaultuser@KaZaA | Old School Soundtrack - Whitesnake - Here I Go Again.mp3 | Whitesnake | 4,329KB | Audio |
| defaultuser@KaZaA | Oneway Your So Very Special.mp3 | One Way | 4,702KB | Audio |
| defaultuser@KaZaA | Outcast- the way you move (1).mp3 | Outkast | 3,716KB | Audio |
| defaultuser@KaZaA | Paula Abdul - Straight Up (12' Remix).mp3 | Paula Abdul | 6,554KB | Audio |
| defaultuser@KaZaA | Paula Abdule - Cold Hearted.MP3 | Paula Abdul | 2,336KB | Audio |
| defaultuser@KaZaA | Pink - Get The Party Started.mp3 | Pink | 5,307KB | Audio |
| defaultuser@KaZaA | Puff Daddy (feat Mase _C. Thomas) - Been Around the W... | Puffy feat Mase _Carl T... | 4,128KB | Audio |
| defaultuser@KaZaA | Puff Daddy - Satisfy you.mp3 | Puff Daddy Feat. R.kelly | 4,466KB | Audio |
| defaultuser@KaZaA | Puff Daddy feat Usher - I need a girl.mp3 | P. Diddy | 4,310KB | Audio |
| defaultuser@KaZaA | PUNK ROCK__________Nirvana - Heartbreaker.mp3 | Nirvana | 2,240KB | Audio |
| defaultuser@KaZaA | queen pen - All My Love feat. Eric Williams.mp3 | Queen Penn | 3,250KB | Audio |
| defaultuser@KaZaA | RAP - Ludacris - Yous a Ho.wma | RAP | 1,244KB | Audio |
| defaultuser@KaZaA | rap-Eve-The Scorpion-Who's That Girl.mp3 | DJ Clue | 3,164KB | Audio |
| defaultuser@KaZaA | Salt N Peppa - None a yo Business.mp3 | Salt N Peppa | 3,328KB | Audio |
| defaultuser@KaZaA | SIX IN DA MORNING.mp3 | AVANT | 3,753KB | Audio |
| defaultuser@KaZaA | Slow Songs - Bet Midler - Wind Beneath My Wings.mp3 | Bette Midler | 4,561KB | Audio |
| defaultuser@KaZaA | Slow Songs - Jon B.mp3 | Jon B | 3,741KB | Audio |
| defaultuser@KaZaA | Slow Songs-RB-Brandy - Almost Doesn't Count.mp3 | Brandy | 3,398KB | Audio |
| defaultuser@KaZaA | Sublime - Caress me down (2).mp3 | Sublime | 1,666KB | Audio |
| defaultuser@KaZaA | Sublime - Santaria.mp3 | Sublime | 2,860KB | Audio |
| defaultuser@KaZaA | Super Troopers - Shenanigans.mp3 | Super Troopers | 522KB | Audio |
| defaultuser@KaZaA | Super Troopers - Stoners get stopped.mp3 | Super Troopers | 5,577KB | Audio |
| defaultuser@KaZaA | the black album-99 problems-jay-z.mp3 | jay-z | 2,528KB | Audio |
| defaultuser@KaZaA | the way you move (1) (1) (1) (1).mp3 | Outkast | 3,711KB | Audio |
| defaultuser@KaZaA | Toni Braxton - Your Makin Me High.mp3 | Toni Braxton | 4,198KB | Audio |
| defaultuser@KaZaA | Toya - I Do.MP3 | TOYA | 1,500KB | Audio |
| defaultuser@KaZaA | TQ - Keep It On The Low.mp3 | TQ | 4,154KB | Audio |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | TQ - Keep It On The Low.mp3 | TQ | 4,154KB | Audio | K |
| defaultuser@KaZaA | Tyrese - Act Like That (1).mp3 | Tyrese | 2,782KB | Audio | How You G |
| defaultuser@KaZaA | Usher - Confession Part II.mp3 | Usher | 5,323KB | Audio | |
| defaultuser@KaZaA | Walked Outta Heaven.mp3 | Jagged Edge | 3,434KB | Audio | Wa |
| defaultuser@KaZaA | wyclef - stayin alive.mp3 | Wyclef Jean | 2,613KB | Audio | |
| defaultuser@KaZaA | Xscape - My Little Secret.mp3 | Xscape | 4,199KB | Audio | |
| defaultuser@KaZaA | Youn Gunz - No better love.mp3 | Young Gunz | 3,540KB | Audio | |
| defaultuser@KaZaA | young gunz-tough luv-03-no better love.mp3 | young gunz | 2,607KB | Audio | |
| defaultuser@KaZaA | Mase-Welcome Back.mp3 | Mase | 6,108KB | Audio | M |
| defaultuser@KaZaA | Fat Joe - Lean Back Remix.mp3 | Terror Squad | 5,157KB | Audio | Fat Joe |
| defaultuser@KaZaA | Beyonce_Lil Kim - Sexy.mp3 | Beyonce Ft Lil Kim | 4,721KB | Audio | |
| defaultuser@KaZaA | nelly my place suit.mp3 | Nelly | 2,603KB | Audio | |
| defaultuser@KaZaA | Nelly - Hot in Here.mp3 | Nelly | 3,577KB | Audio | |
| defaultuser@KaZaA | 10 - Dilemma.mp3 | Nelly | 4,519KB | Audio | Dilemn |
| defaultuser@KaZaA | jessica simpson_baby, it's cold outside_rejoyse the christm... | Jessica Simpson | 7,191KB | Audio | bal |
| defaultuser@KaZaA | rejoyse the christmas album it's christmas time again jessica.. | Jessica Simpson | 2,736KB | Audio | It's Ch |
| defaultuser@KaZaA | Nelly Furtado-Whoa, Nelly!-Shit On The Radio (Remember ... | Nelly Furtado | 3,672KB | Audio | |
| defaultuser@KaZaA | Mariah Carey (Christmas songs - Merry Christmas) - Silent ... | Mariah Carey | 3,460KB | Audio | |
| defaultuser@KaZaA | Jae Hood - Track 14.mp3 | Jae Hood | 2,666KB | Audio | |
| defaultuser@KaZaA | 11-fabolous-into_you_ft_ashanti-wcr.mp3 | Fabolous | 6,435KB | Audio | I |
| defaultuser@KaZaA | 15 - BEAUTIFUL SOUL.mp3 | Jesse Mccartney | 1,826KB | Audio | |
| defaultuser@KaZaA | WEEZER SAY IT AIN'T SO 2.mp3 | Weezer | 3,440KB | Audio | |
| defaultuser@KaZaA | 3 Doors Down - 06 - Here Without You - simplemp3s.mp3 | 3 Doors Down | 5,592KB | Audio | |
| defaultuser@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,444KB | Audio | |
| defaultuser@KaZaA | (05) Twista - Overnight Celebrity.wma | Twista | 2,307KB | Audio | ( |
| defaultuser@KaZaA | 2 - SAY IT AIN'T SO.mp3 | Weezer | 3,200KB | Audio | |
| defaultuser@KaZaA | Lets Get Retarded - Black Eyed Peas - Let's Get Retarded -... | Black Eyed Peas | 2,324KB | Audio | |
| defaultuser@KaZaA | Big Pun - Punish Me.mp3 | Big Punisher ft. Miss Jones | 3,973KB | Audio | |
| defaultuser@KaZaA | 05-ginuwine-in_those_jeans-0mni.mp3 | Ginuwine | 5,707KB | Audio | |
| defaultuser@KaZaA | Mase - Tell Me What You Want.mp3 | Mase f. Total | [illegible] | Audio | Tell Me W |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | 05-ginuwine-in_those_jeans-Omni.mp3 | Ginuwine | 5,707KB | Audio | |
| defaultuser@KaZaA | Mase - Tell Me What You Want.mp3 | Mase f. Total | 3,815KB | Audio | Tell Me W |
| defaultuser@KaZaA | Throwing Copper Live I Alone 4.mp3 | Live | 2,641KB | Audio | |
| defaultuser@KaZaA | 01-cd1-jay-z-a_dream_feat_faith_and_biggie-wcr.mp3 | Jay-Z | 5,908KB | Audio | A Dream fe |
| defaultuser@KaZaA | 01-Crazy In Love (Remix).mp3 | Beyonce ft. Jay-Z_Mon... | 3,876KB | Audio | Cra |
| defaultuser@KaZaA | 01-r_kelly-ignition_(remix) (1).mp3 | R Kelly | 2,240KB | Audio | |
| defaultuser@KaZaA | 02-britney_spears-overprotected.mp3 | Britney Spears | 3,120KB | Audio | |
| defaultuser@KaZaA | 02-Old School Rap Vol 2 -Slick Rick -Children's Story.mp3 | Slick Rick | 3,000KB | Audio | |
| defaultuser@KaZaA | 03-cd1-dmx-x_gon_give_ft_to_ya-wcr.mp3 | DMX | 5,953KB | Audio | |
| defaultuser@KaZaA | 04-50_cent-g-unit_anthem_(featuring_g-unit)-ers.mp3 | 50 cent | 3,339KB | Audio | |
| defaultuser@KaZaA | 05 - Two hearts.mp3 | Chris Isaak | 3,357KB | Audio | |
| defaultuser@KaZaA | 05-jojo-leave_get_out.mp3 | jojo | 4,608KB | Audio | |
| defaultuser@KaZaA | 07-g-unit-groupie_love-rns.mp3 | G-Unit | 5,958KB | Audio | |
| defaultuser@KaZaA | 07-g_unit-i_smell_pussy_ja_diss_dan.mp3 | 50 Cent | 6,504KB | Audio | I smell Pus |
| defaultuser@KaZaA | 08 The Beatles - Sgt. Pepper s Lonely Heart s C Yellow Su... | The Beatles | 5,577KB | Audio | Sgt. Peppe |
| defaultuser@KaZaA | 08-jay_z-moment_of_clarity-dta.mp3 | Jay Z | 6,190KB | Audio | |
| defaultuser@KaZaA | 09-One Call Away (ft. J_Weav).mp3 | Chingy | 4,327KB | Audio | One Call |
| defaultuser@KaZaA | 112 feat. Shyne, Lil Z - Anywhere (Bad Boy Remix).mp3 | 112 feat. Shyne, Lil Zane | 4,328KB | Audio | |
| defaultuser@KaZaA | 12.- Everytime.wma | Britney Spears | 2,331KB | Audio | |
| defaultuser@KaZaA | 14-g-unit-beg_for_mercy_feat._dr_dre-dta.mp3 | G-Unit | 3,726KB | Audio | Beg for I |
| defaultuser@KaZaA | 15-b_i_g_ft_50cent_eminem-realest_nigga(remix)-wcr (1)... | 50 cent/eminem/notorious | 4,798KB | Audio | To Al |
| defaultuser@KaZaA | 2 Pac - Baby Dont Cry.mp3 | Tupac | 4,128KB | Audio | |
| defaultuser@KaZaA | 2pac - Thugz Mansion (Real).mp3 | 2pac | 3,854KB | Audio | |
| defaultuser@KaZaA | 3 Doors Down - Be Like That (American Pie edit) (1) (1).mp3 | Three Doors Down | 3,700KB | Audio | If |
| defaultuser@KaZaA | 3LW - No More (Baby I'ma Do Right) (Radio Edit With Rap)... | 3LW,Lil romeo, Nick cann... | 3,732KB | Audio | E |
| defaultuser@KaZaA | 3lw Feat Nas - No More remix.mp3 | 3LW feat. Nas | 3,806KB | Audio | |
| defaultuser@KaZaA | 3LW ft P. Diddy_Loon - I Do.MP3 | 3LW ft P Diddy_Loons | 3,735KB | Audio | |
| defaultuser@KaZaA | 5 When I Look In Your Eyes.mp3 | C21 | 4,246KB | Audio | When I |
| defaultuser@KaZaA | 50 Cent - Many Men.mp3 | 50 Cent | 6,006KB | Audio | Many |
| defaultuser@KaZaA | 50 Cent Ft [illegible].mp3 | 50 Cent - G-Unit Feat... | [illegible] | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | 50 Cent - Many Men.mp3 | 50 Cent | 6,006KB | Audio | Many |
| defaultuser@KaZaA | 50 Cent Ft.mp3 | 50 Cent _G-Unit Feat. J... | 6,168KB | Audio | |
| defaultuser@KaZaA | 50 cents-In da Club.mp3 | 50 Cent | 3,448KB | Audio | |
| defaultuser@KaZaA | 504 Boys - I Can Tell u wanna fuck.mp3 | 504 Boys | 3,374KB | Audio | I Can |
| defaultuser@KaZaA | 80's OMD- If You Leave(Pretty In Pink soundtrack).mp3 | Pretty In Pink | 5,216KB | Audio | |
| defaultuser@KaZaA | Adam Sandler-I'm Fuckin Wasted.mp3 | Adam Sandler | 3,850KB | Audio | |
| defaultuser@KaZaA | Afro Man - Because Got High.mp3 | Afroman | 4,328KB | Audio | |
| defaultuser@KaZaA | Akinyele - Put It In Your Mouth.mp3 | Akinyele | 3,165KB | Audio | |
| defaultuser@KaZaA | All Saints - Never Ever.mp3 | All Saints | 6,015KB | Audio | |
| defaultuser@KaZaA | Allman Brothers Band - Dueling Banjos (1).mp3 | Alman Brothers | 3,172KB | Audio | |
| defaultuser@KaZaA | Allman Brothers Band - Eat A Peach (Entire Album).mp3 | Allman Brothers Band | 65,578KB | Audio | Eat A Pe |
| defaultuser@KaZaA | Allman Brothers Band - Whippin Post.mp3 | The Alman Brothers Band | 4,991KB | Audio | |
| defaultuser@KaZaA | Ashanti - Rock With You.mp3 | Ashanti | 4,971KB | Audio | Rock |
| defaultuser@KaZaA | ashlee simpson-unreachable-unknown-omni (6) (1).mp3 | Ashlee Simpson | 2,890KB | Audio | ashlee simpson-unreachable-un |
| defaultuser@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio | |
| defaultuser@KaZaA | Baby featuring P. Diddy - Do That.mp3 | Baby featuring P. Diddy | 3,910KB | Audio | Baby featuring |
| defaultuser@KaZaA | bad boys ii-realest niggas - notorious b.i.g. _50 cent-bad ... | 50 cent | 6,146KB | Audio | realest nig |
| defaultuser@KaZaA | Beatles - Back in the USSR.mp3 | The Beatles | 2,549KB | Audio | |
| defaultuser@KaZaA | Beatles - Give Peace A Chance (john lennon).mp3 | Beatles | 4,584KB | Audio | |
| defaultuser@KaZaA | Beatles - Hey Jude.mp3 | Beatles | 4,473KB | Audio | |
| defaultuser@KaZaA | Beatles - Mrs. Robinson.mp3 | Beatles | 3,614KB | Audio | |
| defaultuser@KaZaA | Beatles - Twist and Shout.mp3 | Beatles | 2,395KB | Audio | |
| defaultuser@KaZaA | Beatles - Yesterday.mp3 | Beatles | 2,009KB | Audio | |
| defaultuser@KaZaA | Beatles- George Harrison _Ravi Shankar - Here Comes The... | Beatles | 2,546KB | Audio | |
| defaultuser@KaZaA | Best RnB Remix 2001 (1) (2).mp3 | Master P, Ja Rule, Iconz... | 3,592KB | Audio | |
| defaultuser@KaZaA | Beyonce Knowles - Naughty Girl.wma | Beyonce Knowles | 3,317KB | Audio | |
| defaultuser@KaZaA | Biggie Smalls - Dead Wrong (feat. Eminem).mp3 | Notorious BIG and Eminem | 3,484KB | Audio | Dead Wr |
| defaultuser@KaZaA | Biggie Smalls - Dead Wrong.mp3 | Notorious BIG | 4,647KB | Audio | |
| defaultuser@KaZaA | biggie Smalls - Ten Crack Commandments.mp3 | Notorious BIG | 3,196KB | Audio | Ten Cr |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | biggie Smalls - Ten Crack Commandments.mp3 | Notorious BIG | 3,196KB | Audio | Ten Cra |
| defaultuser@KaZaA | bing crosby - deck the halls.mp3 | Bing Crosby | 1,186KB | Audio | |
| defaultuser@KaZaA | Bing Crosby - It's Beginning To Look A Lot Like Christmas.m... | Bing Crosby | 2,583KB | Audio | It's Beginning To Look A |
| defaultuser@KaZaA | Bing Crosby - White Christmas.mp3 | Bing Crosby | 2,928KB | Audio | |
| defaultuser@KaZaA | Blaque - Bring It All To Me (1).mp3 | Blaque Feat N'sync | 3,408KB | Audio | |
| defaultuser@KaZaA | Blaque - Like I Do (808 remix).mp3 | Blaque | 3,626KB | Audio | |
| defaultuser@KaZaA | blu_cantrell_feat._sean_paul-01-breathe_(remix)-0mni.mp3 | Blu Cantrell Feat. Sean P... | 5,376KB | Audio | |
| defaultuser@KaZaA | Bob Marley - I Shot The Sheriff.mp3 | Bob Marley | 3,560KB | Audio | |
| defaultuser@KaZaA | Bob Marley - Is This Love.mp3 | Bob Marley | 3,616KB | Audio | |
| defaultuser@KaZaA | Bob Marley - Smoke Two Joints.mp3 | Bob Marley | 3,254KB | Audio | |
| defaultuser@KaZaA | bob marley - stir it up.mp3 | Bob Marley | 5,220KB | Audio | |
| defaultuser@KaZaA | bob marley and the wailers - 02 no woman no cry.mp3 | Bob Marley | 6,679KB | Audio | 0 |
| defaultuser@KaZaA | Brandy and Monica - The Boy Is Mine.mp3 | Brandy_Monica | 3,356KB | Audio | |
| defaultuser@KaZaA | Britney - 07 - I Love Rock And Roll.mp3 | Brittney Spears | 2,916KB | Audio | |
| defaultuser@KaZaA | Brittney Spears - Satisfaction.mp3 | Brittney Spears | 4,151KB | Audio | |
| defaultuser@KaZaA | Brooklyns Finest.mp3 | Jay-Z and Notorious B.I.G. | 4,308KB | Audio | |
| defaultuser@KaZaA | Busta_Twista_Break Ya Neck (Remix).mp3 | Busta Ryhmes feat. Twista | 2,211KB | Audio | Bre: |
| defaultuser@KaZaA | Cassidy Feat1. R Kelly - Hotel(1).mp3 | Cassidy Feat. R Kelly | 4,675KB | Audio | |
| defaultuser@KaZaA | cassidy_SPLIT PERSONALITY_get no better-xmk.mp3 | Cassidy | 6,526KB | Audio | — |
| defaultuser@KaZaA | ChristinaAguileraRedman-Dirrty-stars2ya.mp3 | Christina Aguilara | 3,829KB | Audio | |
| defaultuser@KaZaA | CHUD.mp3 | Christina Aguilera | 3,986KB | Audio | Can't Hold Us D |
| defaultuser@KaZaA | Classic Rock - The Alman Brothers - Harley-Davidson Road ... | The Alman Brothers | 2,190KB | Audio | |
| defaultuser@KaZaA | Comedy - Robert DeNiro - Meet The Parents Call #6.mp3 | Drew and Mike | 1,048KB | Audio | Deniro Meet |
| defaultuser@KaZaA | Craig Mack Puff Daddy Notorious BIG LL Cool J Bus... | Big L | 1,484KB | Audio | Flava I |
| defaultuser@KaZaA | Cristina Aguleria - Come On Over Baby (Radio Remix).mp3 | Christina Aguilera | 3,024KB | Audio | C |
| defaultuser@KaZaA | Céline Dion I Drove All Night (Album Version).mp3 | Céline Dion | 3,710KB | Audio | I Drove All |
| defaultuser@KaZaA | Dean Martin - Ain't That A Kick In The Head (1).mp3 | Dean Martin | 2,280KB | Audio | Ain't That |
| defaultuser@KaZaA | DEANMA~2 (1).MP3 | Dean Martin | 2,522KB | Audio | Everybod |
| defaultuser@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,105KB | Audio | Ho |
| defaultuser@KaZaA | Def Squad - Rappers Delight.mp3 | Redman, Eric Sermon, Ke... | 6,247KB | Audio | |

[redacted]

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,105KB | Audio | Hot |
| defaultuser@KaZaA | Def Squad - Rappers Delight.mp3 | Redman, Eric Sermon ,Ke... | 6,347KB | Audio | |
| defaultuser@KaZaA | Destiny Child, Lil Bow Wow, Jermaine Dupri Da Brat - Ju... | DestinyChild,JD,Brat,Bow... | 3,502KB | Audio | Jumpi |
| defaultuser@KaZaA | Destiny's Child - So Good.mp3 | Destiny's Child | 3,030KB | Audio | |
| defaultuser@KaZaA | Diana Ross the Supremes - Aint No Mountain High Enoug... | Diana Ross The Suprem... | 3,314KB | Audio | Ain't No Mou |
| defaultuser@KaZaA | Disney - Cinderella - Whitney Houston Brandy - Sittin' Up ... | Brandy | 2,282KB | Audio | Sit |
| defaultuser@KaZaA | Disney - Pocahontas - Vanessa Williams - Colors Of The Wi... | Vanessa Williams | 4,067KB | Audio | ( |
| defaultuser@KaZaA | DJ Clue - R Kelly feat Jay-Z - Fiesta (remix).mp3 | R. Kelly (Ft Jay-Z, Boo, G... | 1,346KB | Audio | |
| defaultuser@KaZaA | dj skribble (essential dance 2000) - (14) - zombie nation - k... | DJ Scribble | 3,904KB | Audio | |
| defaultuser@KaZaA | Dj Skribble - essential dance 2000 - 15 - atb - 9pm (1).mp3 | Club'N Music | 2,365KB | Audio | |
| defaultuser@KaZaA | Doug E Fresh Slick Rick - Lodi Dodi.mp3 | Doug E Fresh Slick Rick | 4,245KB | Audio | |
| defaultuser@KaZaA | Dr Dre feat Eminem,Method Man,Master P - Bang Bang RE... | Dr Dre feat Eminem,Meth... | 4,347KB | Audio | Bang Bang REF |
| defaultuser@KaZaA | Drive Me Crazy Soundtrack - Stranded.mp3 | Michelle Branch | 2,566KB | Audio | |
| defaultuser@KaZaA | Eminem - 12 - Sing For The Moment - music-madness.mp3 | Eminem | 3,316KB | Audio | Sir |
| defaultuser@KaZaA | Eminem feat. 50 cent - Im a soldier.mp3 | 50 Cent Feat. Eminem | 3,533KB | Audio | |
| defaultuser@KaZaA | Eminem Parody - Christina Aguilera - Will The Real Slim Sha... | Christina Aguilera | 1,782KB | Audio | Real Slim Sha |
| defaultuser@KaZaA | Eminem-battle-8 mile-Coolest!.mp3 | Eminem | 2,725KB | Audio | Eminem-ba |
| defaultuser@KaZaA | EPMD - Crossover.mp3 | EPMD | 3,569KB | Audio | |
| defaultuser@KaZaA | Erik Serman ft. Redman- React.mp3 | Erick Sermon | 2,748KB | Audio | E |
| defaultuser@KaZaA | Eve Six - Heart in a Blender.mp3 | Eve 6 | 3,419KB | Audio | |
| defaultuser@KaZaA | EXPLICIT REMIXES -- (Various Artists) Rap RB Mix II (... | Various Artists | 4,873KB | Audio | |
| defaultuser@KaZaA | fabolous_ft._tamia-01-so_into_u.mp3 | Fabolous f/ Tamia | 6,959KB | Audio | |
| defaultuser@KaZaA | fabulous f. lil mo- cant let you go.mp3 | Fabolous Ft Lil Mo | 4,868KB | Audio | |
| defaultuser@KaZaA | Fabulous ft tamia.mp3 | Fabolous Ft. TAmia | 6,442KB | Audio | |
| defaultuser@KaZaA | Fat Boy Slim - Funk Soul Brother.mp3 | Fatboy Slim | 3,748KB | Audio | Roc |
| defaultuser@KaZaA | Field Mob feat YB Sick of Being lonely (album Verson Real)... | Field Mobb ft Trina | 3,591KB | Audio | S |
| defaultuser@KaZaA | Fools Rush In Soundtrack - Chris Isaak - I Wonder.mp3 | Chris Isaak | 2,752KB | Audio | |
| defaultuser@KaZaA | Foxy Brown Method Man- I'll Na Na.mp3 | Foxy Brown f/ Method M... | 2,918KB | Audio | |
| defaultuser@KaZaA | foxy brown - 07 - candy feat kelis (1).mp3 | Foxy Brown ft Kelis | 3,494KB | Audio | It |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | foxy brown - 07 - candy feat kelis (1).mp3 | Foxy Brown ft kelis | 3,494KB | Audio | It |
| defaultuser@KaZaA | Frank Sinatra - Luck Be a Lady.mp3 | Frank Sinatra | 4,929KB | Audio | |
| defaultuser@KaZaA | Frank Sinatra and Dean Martin - Mack the Knife.mp3 | Frank Sinatra | 3,612KB | Audio | |
| defaultuser@KaZaA | Frankie J - Sugar Sugar.mp3 | Frankie J | 3,444KB | Audio | |
| defaultuser@KaZaA | Fuel - Hemmorage.mp3 | Feul | 3,760KB | Audio | Hemm |
| defaultuser@KaZaA | Fuel - Shimmer.mp3 | Fuel | 3,339KB | Audio | |
| defaultuser@KaZaA | G Love and the Special Sauce - Baby Got Sauce.mp3 | G Love and the Special S... | 3,660KB | Audio | |
| defaultuser@KaZaA | Get No Better.mp3 | Cassidy | 3,672KB | Audio | |
| defaultuser@KaZaA | Get This Party Started (Remix).mp3 | Pink feat. Redman | 3,398KB | Audio | Get This Par |
| defaultuser@KaZaA | Gladys Knight _Pipps - The Best Thing That Evere Happen... | Gladys Knight _The Pips | 3,540KB | Audio | Best Thing Th |
| defaultuser@KaZaA | Gladys Knight _The Pips - Every Beat Of My Heart.mp3 | Gladys Knight _The Pips | 1,894KB | Audio | Every |
| defaultuser@KaZaA | Gladys Knight _The Pips - Midnight Train To Georgia.mp3 | Gladys Knight and the Pips | 4,309KB | Audio | Midnigl |
| defaultuser@KaZaA | Grateful Dead _Allman Brothers - Sugar Magnolia (live).m... | Grateful Dead and The Al... | 7,086KB | Audio | (Li |
| defaultuser@KaZaA | Harry Connick, Jr. Frank Sinatra - It Had To Be You.mp3 | Harry Connick Jr. | 2,474KB | Audio | |
| defaultuser@KaZaA | Heart Breaker (Remix) - Mariah Carey (Da brat _Missy).m... | Mariah Carey (Da Brat _... | 4,336KB | Audio | Heartbreak |
| defaultuser@KaZaA | Hi-Tek - Round _Round (Remix).mp3 | Method Man and Redman | 3,605KB | Audio | Round A |
| defaultuser@KaZaA | Hilary Duff - So Yesterday (1).wma | Hilary Duff | 3,370KB | Audio | |
| defaultuser@KaZaA | Hip Hop - Jay - Z - In My Lifetime.mp3 | Jay Z | 3,253KB | Audio | In I |
| defaultuser@KaZaA | Hiphop Remixes - Rap _R 'n' B Mix.mp3 | Pure Hip Hop 2003 | 11,161KB | Audio | Mix |
| defaultuser@KaZaA | i put your picture away- kid rock.mp3 | kid rock w/sheryl crow | 4,671KB | Audio | I Put |
| defaultuser@KaZaA | Incubus - Favorite Things.mp3 | Incubus | 2,981KB | Audio | |
| defaultuser@KaZaA | Inner Circle - Sweat (A La La La Long).mp3 | Inner Circle | 3,519KB | Audio | Swea |
| defaultuser@KaZaA | J-Kwon - Tipsy (explicit).mp3 | J-Kwon | 3,727KB | Audio | |
| defaultuser@KaZaA | Jagged Edge - Promise (1).mp3 | Rap- Jagged Edge | 2,900KB | Audio | |
| defaultuser@KaZaA | Jagged Edge - Promise.mp3 | jagged edge | 3,866KB | Audio | |
| defaultuser@KaZaA | james brown - I Feel Good (Original Version).mp3 | James Brown | 2,583KB | Audio | I Feel Goo |
| defaultuser@KaZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson | 4,990KB | Audio | |
| defaultuser@KaZaA | Janet Jackson - If.mp3 | Janet Jackson | 4,359KB | Audio | |
| defaultuser@KaZaA | JaRule - Put It On Me (Remix).mp3 | Ja Rule Featuring Vita An... | 5,416KB | Audio | Pu |
| defaultuser@KaZaA | Jason Mraz - The Remedy.mp3 | Jason Mraz | 4,00?KB | Audio | |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | JaRule - Put It On Me (Remix).mp3 | Ja Rule Featuring Vita An... | 5,416KB | Audio | PL |
| defaultuser@KaZaA | Jason Mraz- The Remedy.mp3 | Jason Mraz | 4,008KB | Audio | |
| defaultuser@KaZaA | Jay Z - Can I Get A.mp3 | Jay Z | 4,847KB | Audio | |
| defaultuser@KaZaA | Jay Z - La La La.mp3 | Jay-Z | 4,434KB | Audio | |
| defaultuser@KaZaA | Jay Z-THE GIFT (DISC 1)-03 bonnie _clyde feat. beyonce ... | Beyonce Knowles | 2,493KB | Audio | 03 Bonnie _ |
| defaultuser@KaZaA | Jay-Z - Big Pimpin.mp3 | Jay-Z | 4,687KB | Audio | |
| defaultuser@KaZaA | Jennifer Lopez - I'm Glad.mp3 | J.Lo | 2,172KB | Audio | |
| defaultuser@KaZaA | JENNIFER LOPEZ- All My Life (Album Version) - THIS IS ME.... | Jennifer Lopez | 4,157KB | Audio | All My L |
| defaultuser@KaZaA | jethro tull - Sitting on a Park Bench.mp3 | Jethro Tull | 6,164KB | Audio | Sitti |
| defaultuser@KaZaA | Jingle Bells - Nat King Cole.mp3 | Bing Crosby, Frank Sinatr... | 2,560KB | Audio | J |
| defaultuser@KaZaA | Joe feat Mystical - Stutter (Remix).mp3 | JOE and Mystikal | 3,322KB | Audio | |
| defaultuser@KaZaA | John Lennon - Imagin .mp3 | The Beatles | 2,156KB | Audio | Im |
| defaultuser@KaZaA | Jon B. _Coko feat.mp3 | Jay-Z and R. Kelly | 4,383KB | Audio | |
| defaultuser@KaZaA | Juvenile - Back That Ass Up (remix ft JayZ, JaRule, DMX).... | Juvenile | 3,608KB | Audio | |
| defaultuser@KaZaA | Kevin Little - Turn Me On (Remix).mp3 | Kevin Little | 4,804KB | Audio | T |
| defaultuser@KaZaA | Khia - My Neck, My Back....mp3 | Khia | 3,204KB | Audio | Lic |
| defaultuser@KaZaA | Kool and the Gang - Celebrate Good Times.mp3 | Kool and The Gang | 4,689KB | Audio | |
| defaultuser@KaZaA | Lauren Hill - Doo Wop (That Thing).mp3 | Lauryn Hill | 4,992KB | Audio | Doo |
| defaultuser@KaZaA | Lauren Hill - Ex Factor Remix.mp3 | Lauryn Hill | 3,916KB | Audio | |
| defaultuser@KaZaA | Lauren Hill - Ex-Factor.mp3 | Lauryn Hill | 5,090KB | Audio | |
| defaultuser@KaZaA | Lil' Kim TLC _Missy Eliot - Ladies Night.mp3 | LIL KIM _MISSY ELLIOT | 3,587KB | Audio | |
| defaultuser@KaZaA | Limp Bizket - Rollin' (Remix).mp3 | Limp Bizkit | 6,022KB | Audio | DMX, LIMP BISI |
| defaultuser@KaZaA | Limp Bizkit - Rollin'.mp3 | Limp Bizkit | 3,334KB | Audio | |
| defaultuser@KaZaA | LL Cool J, Meth, Red, Dmx - 4,3,2,1.mp3 | LL Cool J, Method Man, R... | 4,010KB | Audio | |
| defaultuser@KaZaA | Lost Boyz - Ghetto law.mp3 | Lost Boyz | 3,638KB | Audio | |
| defaultuser@KaZaA | Lumidee ft.50 Cent - Uh Oh (Remix).mp3 | Lumidee ft.50 Cent | 4,967KB | Audio | |
| defaultuser@KaZaA | Mariah Carey - All I Want For Christmas Is You.mp3 | Mariah Carey | 3,772KB | Audio | All I Want Fc |
| defaultuser@KaZaA | mariah carey - Break Down feat.mp3 | Mariah Carey | 4,436KB | Audio | Break Down F |
| defaultuser@KaZaA | Mariah Carey - Bringing On The Heartache.mp3 | Mariah Carey | 6,356KB | Audio | Bringin |
| defaultuser@KaZaA | Mariah Carey - My All.mp3 | Mariah Carey | [illegible] | Audio | |

Found 443 files

2,388,029 users online, sharing 571,473,943 files (58,350,592 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Mariah Carey - Bringing On The Heartache.mp3 | Mariah Carey | 6,358KB | Audio | Bringin' |
| defaultuser@KaZaA | Mariah Carey - My All.mp3 | Mariah Carey | 3,634KB | Audio | |
| defaultuser@KaZaA | Mariah Carey Feat. Cameron - Boy (I Need You).mp3 | Mariah Carey | 4,831KB | Audio | Boy (I Ne |
| defaultuser@KaZaA | Marvin Gay - Let's Get It On.mp3 | Marvin Gay | 4,594KB | Audio | |
| defaultuser@KaZaA | Marvin Gaye - Sexual Healing (remix with Shaggy).mp3 | Max A Million | 3,293KB | Audio | |
| defaultuser@KaZaA | Mary J. Blige feat. Biggie - Real Love Remix.mp3 | Mary J.Blige feat. Biggie | 4,642KB | Audio | |
| defaultuser@KaZaA | Maya_Blackstreet - Take Me Back.mp3 | Blackstreet_Mya | 3,728KB | Audio | |
| defaultuser@KaZaA | Maze Featuring Frankie Beverly - The Look In Your Eyes.m... | Maze Featuring Frankie B... | 6,283KB | Audio | The |
| defaultuser@KaZaA | Method Man Feat. Mary J. Blige - You're all I Need.mp3 | Method Man_Mary J. Bli... | 4,873KB | Audio | |
| defaultuser@KaZaA | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,437KB | Audio | |
| defaultuser@KaZaA | Missy Elliott Feat. Jay-Z - One Minute Man (Remix).mp3 | Missy Elliot Feat. Jay-Z | 6,488KB | Audio | One M |
| defaultuser@KaZaA | Mix 21.mp3 | Pure Hip Hop 2003 | 15,616KB | Audio | Hip Hop Mega |
| defaultuser@KaZaA | Monica - Angel of Mine.mp3 | Monica | 3,909KB | Audio | |
| defaultuser@KaZaA | Mos Def - Leavin' On A Jet Plane.mp3 | Mos Def | 4,958KB | Audio | Lea |
| defaultuser@KaZaA | Movie Quotes - Dr Evil Zippit Speech.mp3 | Sound Clips | 704KB | Audio | |
| defaultuser@KaZaA | MOVIE SOUNDTRACKS - Dirty Dancing - I Had The Time Of... | Dirty Dancing | 4,544KB | Audio | I Had The |
| defaultuser@KaZaA | Nas - Illmatic - 06 - Memory Lane.mp3 | Nas | 2,910KB | Audio | |
| defaultuser@KaZaA | Nas - New York State of Mind.mp3 | Nas | 4,596KB | Audio | New |
| defaultuser@KaZaA | Nas feat AZ- Lifes a bitch.mp3 | Nas | 3,293KB | Audio | |
| defaultuser@KaZaA | Nas_Illmatic_04_The World Is Yours.mp3 | Nas | 4,542KB | Audio | |
| defaultuser@KaZaA | Natalie Merchant - I Want to Thank You (1).mp3 | Natalie Merchant | 3,692KB | Audio | |
| defaultuser@KaZaA | Never Leave U.mp3 | LUMIDEE | 2,738KB | Audio | Never |
| defaultuser@KaZaA | No Doubt - It's My Life (1).mp3 | No Doubt | 3,536KB | Audio | |
| defaultuser@KaZaA | Notorious B.I.G. - Big Papa.mp3 | Notorious B.I.G. | 3,466KB | Audio | |
| defaultuser@KaZaA | Notorious B.I.G. - Big Poppa (Jermaine Dupri's Remix).mp3 | Jermaine Dupri | 3,952KB | Audio | Big Poppa (Jerm |
| defaultuser@KaZaA | Notorious BIG Hypnotize.mp3 | Notorious BIG | 3,594KB | Audio | |
| defaultuser@KaZaA | Notorious BIG - I'm Going Back to Cali.mp3 | Notorious B.I.G. | 4,769KB | Audio | |
| defaultuser@KaZaA | Notorious BIG - One More Chance.mp3 | Notorious BIG | 4,029KB | Audio | |
| defaultuser@KaZaA | Notorious BIG - Sky's The Limit.mp3 | Notorious B.I.G. | 4,736KB | Audio | Sky' |

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Notorious BIG - Sky's The Limit.mp3 | Notorious B.I.G. | 4,736KB | Audio | Sky's T |
| defaultuser@KaZaA | Notorious BIG featuring Jodeci - Im Fucking You Tonight.m... | Notorious BIG featuring J... | 5,407KB | Audio | Im F |
| defaultuser@KaZaA | Notorious BIG, Puff Daddy _Mase - Mo Money, Mo Proble... | Notorious B.I.G. | 3,946KB | Audio | Mo Money, Mo Prob |
| defaultuser@KaZaA | Outcast- Bombs Over Bagdad (7).mp3 | Outkast | 4,786KB | Audio | B |
| defaultuser@KaZaA | Outcast- The Way you Move.mp3 | Outkast | 7,386KB | Audio | I like |
| defaultuser@KaZaA | Outcast-Ms Jackson.mp3 | Outkast | 3,698KB | Audio | |
| defaultuser@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio | |
| defaultuser@KaZaA | Outkast - The Whole World (radio_edit).mp3 | Outkast | 4,655KB | Audio | |
| defaultuser@KaZaA | Outkast - Throw Your Hands In The Air.mp3 | outcast | 4,491KB | Audio | Throw yo |
| defaultuser@KaZaA | Outkast, Snoop Dogg _Tupac - Rosa Parks (Remix).mp3 | Outkast, Snoop Dogg _T... | 5,665KB | Audio | F |
| defaultuser@KaZaA | Paul Mcartney - Let It Be.mp3 | Paul MCartney | 3,802KB | Audio | |
| defaultuser@KaZaA | R 'n B _Hip Hop mixes - Dj Mixes Rap Remix 2001 (2).mp3 | DJ Mixes | 4,938KB | Audio | |
| defaultuser@KaZaA | RB - R. Kelly - Bump N Grind (Old School Remix).mp3 | R. Kelly | 4,124KB | Audio | Bump N Grind |
| defaultuser@KaZaA | rap - JayZ - I'm A Hustler Baby.mp3 | Jay Z | 3,411KB | Audio | |
| defaultuser@KaZaA | Rap Hip Hop Mix CD 2002.mp3 | DJ Clue | 65,914KB | Audio | |
| defaultuser@KaZaA | RAP_RB_RAGGAE - 2pac Feat Nate Dogg _Six-Two - Smi... | 2pac,dmx and ememem | 3,718KB | Audio | E |
| defaultuser@KaZaA | Rat Pack - 08 - You're Nobody Till Somebody Loves You (Fr... | Dean Martin, Sammy Davi... | 2,554KB | Audio | You're Noboc |
| defaultuser@KaZaA | Realist Nigga Remix Ft Eminem.mp3 | 50 Cent, Biggie, Eminem | 3,758KB | Audio | |
| defaultuser@KaZaA | REM - Losing My Religion.mp3 | REM | 4,202KB | Audio | |
| defaultuser@KaZaA | Righteous Brothers - Unchained Melody.mp3 | Righteous Brothers | 2,566KB | Audio | |
| defaultuser@KaZaA | Simple Plan- Addicted .MP3 | Simple Plan | 1,578KB | Audio | |
| defaultuser@KaZaA | Sisqo - The Thong Song.mp3 | Sisqo | 3,984KB | Audio | |
| defaultuser@KaZaA | Slik RickOutcast- Street talkin.mp3 | Slick Rick _Outkast | 3,457KB | Audio | |
| defaultuser@KaZaA | slow jams - Butta Love.mp3 | Next | 3,474KB | Audio | |
| defaultuser@KaZaA | Slow Songs - Brandy Have You Ever.mp3 | Brandy | 3,658KB | Audio | |
| defaultuser@KaZaA | Slow Songs - Maria Carey - Thank god I found you.mp3 | Mariah ft. Joe _98 degr... | 4,027KB | Audio | Thar |
| defaultuser@KaZaA | Snoop Doggy Dog - Gin n juice.mp3 | 2Pac,JaRule,SnoopDogg,... | 3,297KB | Audio | |
| defaultuser@KaZaA | Something For The People - My Love Is The Shit.mp3 | SFP Feat. Trina _Tamara | 4,840KB | Audio | M |
| defaultuser@KaZaA | Soundtracks--Wedding Singer--Adam Sandler- I'll Grow Old... | Adam Sandler | 1,602KB | Audio | I'll |

Found 443 files

2,388,029 users online, sharing 571,473,943 files (58,350,592 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Slik RickOutcast- Street talkin.mp3 | Slick Rick_Outkast | 3,457KB | Audio | |
| defaultuser@KaZaA | slow jams - Butta Love.mp3 | Next | 3,474KB | Audio | |
| defaultuser@KaZaA | Slow Songs - Brandy Have You Ever.mp3 | Brandy | 3,658KB | Audio | |
| defaultuser@KaZaA | Slow Songs - Maria Carey - Thank god I found you.mp3 | Mariah ft. Joe _98 degr… | 4,027KB | Audio | Thar |
| defaultuser@KaZaA | Snoop Doggy Dog - Gin n juice.mp3 | 2Pac,JaRule,SnoopDogg,… | 3,297KB | Audio | |
| defaultuser@KaZaA | Something For The People - My Love Is The Shit.mp3 | SFP Feat. Trina_Tamara | 4,840KB | Audio | M |
| defaultuser@KaZaA | Soundtracks--Wedding Singer--Adam Sandler- I'll Grow Old… | Adam Sandler | 1,802KB | Audio | I'll |
| defaultuser@KaZaA | Tatu -running through my head (4).mp3 | Tatu | 3,358KB | Audio | All T |
| defaultuser@KaZaA | The All-American Rejects - (3) Swing Swing.mp3 | The All-American Rejects | 3,177KB | Audio | |
| defaultuser@KaZaA | the ataris-so long, astoria-boys of summer (1).mp3 | The Ataris | 4,077KB | Audio | Th |
| defaultuser@KaZaA | the roots - One Shine (featuring Cassandra Wilson and Am… | The Roots | 5,322KB | Audio | One Shine (featuring Cassandra W |
| defaultuser@KaZaA | Third Eye Blind - Jumper.mp3 | Third Eye Blind | 4,264KB | Audio | |
| defaultuser@KaZaA | Timbaland_Magoo feat. Jay-Z - Party People.mp3 | Jay-Z | 2,504KB | Audio | |
| defaultuser@KaZaA | Total - Trippin.mp3 | TOTAL feat. MISSY ELIOT | 3,987KB | Audio | |
| defaultuser@KaZaA | Toxic.mp3 | Britney Spears | 3,200KB | Audio | |
| defaultuser@KaZaA | Track 02_0322165439.mp3 | Mya feat. Jay-Z | 3,462KB | Audio | The |
| defaultuser@KaZaA | Track 12.MP3 | Eminem | 5,338KB | Audio | Sir |
| defaultuser@KaZaA | TuPac - How Do You Want It.mp3 | 2Pac featuring KC and Jo… | 3,902KB | Audio | |
| defaultuser@KaZaA | Twista ~ Slow Jams.mp3 | Kanye West ft. Twista | 3,216KB | Audio | Her Favorit |
| defaultuser@KaZaA | Usher - Burn (1).mp3 | Usher | 6,530KB | Audio | |
| defaultuser@KaZaA | Usher - Yeah.mp3 | Lil' John,Usher,Ludacris | 3,594KB | Audio | |
| defaultuser@KaZaA | Warren G - Regulators.mp3 | Warren G | 3,889KB | Audio | |
| defaultuser@KaZaA | Where Is The Love (Full).mp3 | Black Eyed Peas F/ Justin … | 3,555KB | Audio | |
| defaultuser@KaZaA | Whitney_Houston - I Wanna Run to You (The Bodyguard)… | whitney houston | 4,128KB | Audio | I Wanna Run to Yo |
| defaultuser@KaZaA | Willa Ford - A Toast To Men [Video Version].mp3 | Willa Ford | 2,841KB | Audio | |
| defaultuser@KaZaA | Wu Tang Clan - Liquid Swords.mp3 | GZA | 2,985KB | Audio | |
| defaultuser@KaZaA | WuTang-C.mp3 | Wu-tang Clan | 1,959KB | Audio | |
| defaultuser@KaZaA | You Got What it Takes.mp3 | Two weeks notice | 2,624KB | Audio | Baby (You've |
| defaultuser@KaZaA | Man Up.mp3 | Amerie | 3,316KB | Audio | |

[redacted]

Found 443 files | 2,388,029 users online, sharing 571,473,943 files (58,350,592 GB) | Not sharing any files