UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELECTRA ENTERTAINMENT GROUP INC., ET AL,

VS. CA NO 06-246 MC

MICHAEL MOYNIHAN

**ENTRY OF APPEARANCE**

I HEREBY enter my appearance for the defendant, Michael Moyhihan.

Defendant,
Michael Moynihan,
By his attorney,

Robert B. Jacquard, Esquire #6077
231 Reservoir Avenue
Providence, RI 02907
401-467-2300
Fax 401-467-8678