UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELECTRA ENTERTAINMENT GROUP INC., ET AL,

VS. CA NO 06-246 MC

MICHAEL MOYNIHAN

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1. Admit.
2. Admit.
3. Admit.
4. Defendant has no knowledge of the allegation contained in Paragraph 4 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
5. Defendant has no knowledge of the allegation contained in Paragraph 5 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
6. Defendant has no knowledge of the allegation contained in Paragraph 6 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
7. Defendant has no knowledge of the allegation contained in Paragraph 7 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
8. Defendant has no knowledge of the allegation contained in Paragraph 8 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
9. Defendant has no knowledge of the allegation contained in Paragraph 9 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
10. Admit.
11. No allegation requiring a response is made.

12. Defendant has no knowledge of the allegation contained in Paragraph 12 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
13. Defendant has no knowledge of the allegation contained in Paragraph 13 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
14. Denied.
15. Defendant has no knowledge of the allegation contained in Paragraph 15 and neither admits nor denies the allegation, and leaves the Plaintiff to their proof thereof.
16. Denied.
17. Denied.
18. Denied.

WHEREFORE, Defendant prays that this Honorable Court deny each and every request in the Plaintiff's prayer for relief, grant the Defendant attorney fees, costs, and such other relief as is deemed meet and just.

**AFFIRMATIVE DEFENSES**

1. Defendant is not a necessary and proper party; Plaintiffs have sued the wrong person.
2. The allegations made by the Plaintiff against the Defendant are neither well grounded in fact nor warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, Rule 11, Federal Rule Civil Procedure.
3. Plaintiff fails to state a claim on which relief can be granted.
4. Plaintiff's claim is barred by the statute of limitation.
5. Plaintiff has failed to mitigate their damages as required by law.
6. Plaintiff's claim is barred by acquiescence.
7. Plaintiff's claim is barred by estoppel.
8. Plaintiff's claim is barred by estoppel by acquiescence.
9. Plaintiff's claim is barred by laches.

10. Defendant reserves the right to add additional affirmative defenses or cross claims or counterclaims as discovery reveals or as allowed by the Court

Defendant,
Michael Moynihan,
By his attorney,

Robert B. Jacquard, Esquire #6077
231 Reservoir Avenue
Providence, RI 02907
401-467-2300
Fax 401-467-8678
DATED: 9/7/2006