UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELECTRA ENTERTAINMENT GROUP INC., ET AL,

VS. CA NO 06-246 MC

MICHAEL MOYNIHAN

**CERTIFICATE OF SERVICE**

I, Robert B. Jacquard, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of this **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT, ENTRY OF APPEARANCE, AND STIPULATION** was made:
September 8, 2006
Electronically to:
by: **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

James E. O'Neil, Esquire
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

**Under penalty of perjury, I declare that the foregoing is true and correct.**
**9/8/2006** **/s/Robert B. Jacquard**
**Date** **Signature**
**Print name:** Robert B. Jacquard, Esquire RI#6077
**Business Address:** 231 Reservoir Avenue
**City:** Providence **State:** RI **Zip:** 02907