**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELEKTRA ENTERTAINMENT GROUP, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil No. 1:06-cv-00246-ML-LDA
)
MICHAEL MOYNIHAN, ) Judge Mary M. Lisi
)
Defendant. )
)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs Elektra Entertainment Group, *et al.*, and Defendant Michael Moynihan, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted this __27th__ day of February, 2007.

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

/s/ Robert B. Jacquard
Robert B. Jacquard, Esq.
231 Reservoir Ave.
Providence, RI 02907
Telephone: (401)467-2300
Facsimile: (401)467-8678

Attorneys for Defendant